FILED LODGED
RECEIVED
Mar 17, 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

The Honorable Grady J. Leupold

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EMILY VRANIC, and<br>HEATHER MARQUIS,<br>Defendants. | NO. MJ25-5098<br><br>COMPLAINT for VIOLATIONS<br>18 U.S.C. §§ 1344 and 1349 |

BEFORE the Honorable Grady J. Leupold, United States Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

**A. Introduction**

1. Beginning in 2019 through the present, defendants EMILY VRANIC and HEATHER MARQUIS conspired to fraudulently obtain personal identifying information and financial account information from numerous individuals for the purpose of accessing the individuals' financial accounts and stealing funds.

2. The conspirators would assume the identities of their victims by first requesting driver's license renewals, vehicle registration renewals, and applying for credit



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

cards and other financial documents in their victims' names. These documents were sent to another victim's address, but were intercepted before the actual resident received their mail. Once the conspirators felt confident they'd successfully stolen a victim's identity, they would begin using their own address to receive mail associated with their victims' identities.

3. It is estimated that the conspirators have victimized over 270 individuals throughout Kitsap County. Some victims are deceased; others were on extended vacations during the period when the conspirators began stealing their mail; and some are mentally incapacitated and under the protection of a guardian ad litem.

**B. Background**

4. VRANIC and MARQUIS are residents of Washington state. They came to the attention of Bremerton Police Department ("BPD") in October 2024, when BPD discovered that the conspirators were committing identity theft and automobile theft by fraudulently requesting driver's license and vehicle registration renewals online.

5. On November 13, 2024, BPD executed a search warrant at the shared residence owned by VRANIC and MARQUIS, located at 1113 Dill Way, Bremerton, WA (the "Residence"). At the time, their search warrant was limited to evidence of fraudulently obtained vehicle registrations and titles, which had been the focus of law enforcement's investigation. During their search, officers discovered evidence indicating MARQUIS and VRANIC were committing identity theft and bank fraud. They were also in possession of mail that was not addressed to them. BPD stopped their search and amended their warrant to include evidence related to identity theft and financial fraud and seized all related evidence. VRANIC and MARQUIS were taken into state custody and booked into the Kitsap County Jail. BPD's investigation was then referred to the United States Postal Inspection Service ("USPIS").

//

//



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

**COUNT 1**

**(Conspiracy to Commit Bank Fraud)**

6. Beginning at a time unknown, but no later than April 2019, and continuing until at least November 2024, in Kitsap County, within the Western District of Washington, and elsewhere, EMILY VRANIC, HEATHER MARQUIS, and others known and unknown, did knowingly and willfully conspire and agree to devise and execute a scheme and artifice to defraud Kitsap Credit Union ("KCU"), a financial institution as defined in 18 U.S.C. § 20, and to obtain monies, funds, and credits under the custody and control of the financial institution by means of materially false and fraudulent pretenses, representations, and promises, as further and more particularly set forth below.

**A. The Object of the Conspiracy**

7. The object of the conspiracy was to obtain funds from an account at KCU belonging to Victim N.O. by acquiring N.O.'s personally identifiable information and using that information to impersonate N.O., fraudulently obtain credit cards in N.O.'s name, and make unauthorized transactions on and using N.O.'s accounts.

8. The conspiracy resulted in approximately $43,415 in actual losses to KCU, with another $35,000 in attempted losses.

**B. Manner and Means**

9. At all times relevant to the allegations, KCU met the definition of a financial institution set forth in 18 U.S.C. § 20 because its depository accounts were insured by the National Credit Union Share Insurance Fund. KCU maintained branches throughout the Western District of Washington and elsewhere. KCU offered its members services including checking and savings accounts, and debit cards that could be used to withdraw funds from accounts or to make purchases from merchants through point of sale transactions. KCU further maintained Automated Teller Machines ("ATMs")



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

throughout the Western District of Washington that allowed its members to access and withdraw funds via their debit cards.

10. It was part of the conspiracy that VRANIC and MARQUIS would send documents in Victim N.O.'s name to another victim's residence. MARQUIS and VRANIC would then intercept the victim resident's mail before it reached the victim resident.

11. It was further part of the conspiracy that MARQUIS and VRANIC, together and with others, took over accounts belonging to Victim N.O. by impersonating her and using her personally identifiable information to authenticate those accounts. Once MARQUIS and VRANIC felt confident that they'd completely taken control of Victim N.O.'s identity, they directed mail from N.O.'s account to their personal shared address at 1113 Dill Way, Bremerton, WA, (the "Residence").

12. It was further part of the conspiracy that, following the takeovers of Victim N.O.'s KCU account, VRANIC and MARQUIS, and others, conducted and attempted to conduct unauthorized transactions on those accounts, including by:

a. causing and attempting to cause the electronic transfer of funds from N.O.'s KCU account using Zelle;

b. causing and attempting to cause the electronic transfer of funds from N.O.'s KCU account via KCU's online banking functions to "Vranic, Emily E.";

c. using fraudulently obtained debit cards to expend funds from N.O.'s KCU account;

d. writing and depositing and/or cashing fraudulent checks drawn from N.O.'s KCU account; and

e. causing the electronic transfer of funds from N.O.'s KCU account towards payment on VRANIC and MARQUIS' mortgage on the Residence.

13. It was further part of the conspiracy that, in conducting and attempting to conduct these unauthorized transactions, EMILY VRANIC and HEATHER MARQUIS



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

intended to defraud KCU by falsely representing to KCU that they were permitted to access and obtain funds from Victim N.O.'s account, even though they understood they had no right to do so, resulting in a loss and a risk of loss to KCU.

All in violation of Title 18, United States Code, Sections 1344 and 1349.

And the complainant states that this Complaint is based on the following information:

I, ERIC HUYNH, being first duly sworn on oath, depose and say:

**AFFIANT BACKGROUND AND QUALIFICATIONS**

1. I am a Postal Inspector (INSP) with the United States Postal Inspection Service (USPIS). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7). I am currently assigned to the USPIS Seattle Field Division in Seattle, WA.

2. I became federal law enforcement officer in 2010. I have been a Special Agent in the United States Army Criminal Investigation Division, the Social Security Administration Office of the Inspector General, the Department of Homeland Security Office of the Inspector General, and the United States Postal Inspection Service where I am currently employed. Throughout my career as a federal law enforcement officer, I have received training for, and conducted many investigations related to fraud, identity theft, bank fraud, and wire fraud. In my current assignment as a Postal Inspector, I am responsible for investigating criminal offenses related to the United States Postal Service which includes theft, fraud, violence against employees, damage to postal property, and trafficking. During these investigations, I have routinely applied for and carried out State and Federal search warrants, and subpoenas.

3. I have obtained the facts set forth in this Affidavit through my personal participation in the investigation described below; from oral and written reports of other law enforcement officers; from witnesses and informants cooperating with law enforcement; and from records, documents and other evidence obtained during this



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

investigation. I have obtained and read official reports prepared by law enforcement officers participating in this investigation and in other investigations.

**INVESTIGATIVE SUMMARY**

4. On November 20, 2024, the Bremerton Police Department ("BPD") notified the USPIS about an investigation involving mail fraud, mail theft, bank fraud, identity theft, and vehicle registration fraud, associated with EMILY VRANIC and HEATHER MARQUIS. I met with BPD Officers and learned the following:

5. The BPD began their investigation in October 2024, and learned MARQUIS and VRANIC were linked to other incidents of fraud and theft that had been investigated by the Kitsap County Sheriff's Office ("KCSO"). In general, the investigations uncovered that MARQUIS and VRANIC were requesting driver's license renewals and vehicle registration renewals online, and had documents sent to a third party's address. Once the documents were sent, MARQUIS and VRANIC would intercept the mail before the actual resident of that address checked the mail. Once MARQUIS and VRANIC were able to take control of a targeted identity, they would begin using their shared residence address, 1113 Dill Way, Bremerton, WA (the "Residence"), to receive mail associated with their victims' identities.

6. Investigators interviewed Victim R.J., the resident at one such location used by VRANIC and MARQUIS. R.J. confirmed his mail had been stolen on a regular basis. When he did receive his mail, R.J. observed over time that there was an increase in mail being sent to his residence that was not addressed to him or his spouse. Those items included credit card applications and voter registration packets. R.J. also reported someone had applied to renew his driver's license without his knowledge or permission.

7. Victim R.J. had previously reported to the KCSO in July 2023 that multiple bank accounts were opened under his name and the name of his business, "Irish Brothers LLC." These included accounts with Mastercard Black Card; Discover; BMO Harris Bank Cash Back Mastercard; Synchrony Bank PayPal Cashback Mastercard; CreditOne



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

Bank; and Electronic Federal Tax Payment System account for Irish Brothers LLC. The potential loss associated with these accounts totaled $38,525.16.

8. On May 8, 2023, someone had used a Wells Fargo account opened using Victim R.J.'s personal information to pay for a replacement Commercial Driver's License. The internet protocol (IP) address linked to the transaction was confirmed by investigators to be associated with defendant VRANIC at address 1113 Dill Way, Bremerton, WA (the "Residence").

**A. Bremerton PD Executes a Search Warrant at MARQUIS and VRANIC's Shared Residence.**

9. On November 13, 2024, BPD executed a search warrant at the Residence. Their search warrant was limited to evidence of fraudulently obtained vehicle registrations and titles, which, until that point, had been the focus of BPD's investigation.

10. During the search of the Residence, officers found evidence suggesting MARQUIS and VRANIC were also committing identity theft and bank fraud. MARQUIS and VRANIC were in possession of mail, identification documents, and financial instruments with others' names on them. BPD stopped their search and amended their warrant to include evidence related to identity theft and financial fraud and seized all related evidence. VRANIC and MARQUIS were taken into custody and booked into the Kitsap County Jail. At the time of this Affidavit, VRANIC is out on bail and MARQUIS is still in custody.

11. I reviewed the evidence recovered by BPD from the Residence. The items consisted of altered state identification cards, bank cards, notebooks containing personal information, mail items, checks, and Social Security cards. Most of these items were not issued to MARQUIS or VRANIC. Based on my observations, I determined there was USPIS nexus and initiated my own investigation.

**B. Identifying VRANIC and MARQUIS' victims.**



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

12. On February 10, 2025, I contacted James Dunn, an Investigator with the Washington State Department of Licensing ("DOL"), to learn about any additional instances of licenses or vehicle registrations being requested using fraudulent information that have been linked to VRANIC and MARQUIS. Dunn stated his department had identified addition victims with links to the Residence. I requested the detailed case reports for those victims.

13. On March 6, 2025, I received case reports from DOL which showed that between April 2023 to December 2024, there were 16 cases supported by evidence indicating VRANIC and MARQUIS had been fraudulently requesting other people's driver's licenses and having them sent to their Residence, Victim R.J.'s residence, and other third party residences across Kitsap County. The phone number "360-712-3171" was listed on some of the issuances. Law enforcement databases show this was the same phone number VRANIC provided to officers in September 2023. Further, the accounts used to make some of the payments to DOL appear in other areas of this investigation, linking VRANIC and MARQUIS to additional instances of fraud.

14. BPD's investigation links about 278 potential victims of fraud to VRANIC and MARQUIS. At the time of this affidavit, law enforcement has contacted and confirmed over fifty victims. Additional victims will be contacted during this investigation. In this Affidavit, for purposes of establishing probable cause, I am highlighting several confirmed victims of VRANIC and MARQUIS' conspiracy.

**a. Victim D.R.**

15. On April 5, 2023, D.R. reported to KCSO that her Citi Costco Card was stolen from the mail, activated, and used to make $1,022 in fraudulent purchases at various establishments in Kitsap County.

16. On March 12, 2025, I interviewed D.R. at her business. During the interview, D.R. provided records linked to fraudulent accounts created using her information. One of the accounts was associated with the Citi Costco Card, opened in



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

April 2023 in her name. The Citi Costco Card had a line of credit totaling $25,000. D.R. confirmed that she had never activated or used this card.

17. Among the unauthorized uses of D.R.'s Citi Costco Card were two $1,000 CashApp transactions. On April 15, 2023, a KCSO investigator interviewed one of MARQUIS' CashApp victims at her last known address. They learned the victim has been in assisted living since August 2022. She denied any knowledge about the $1,000 transfer and stated she did not participate in online banking.

18. Data obtained via warrant confirmed the names on the CashApp account owned by MARQUIS account changed between Victims "J.S.," "C.F.," "N.O.," and "S.L." Investigators verified the only confirmed identity on the account was MARQUIS.

**b. Victim J.S.**

19. J.S. reported to KCSO that her Lowes credit card was stolen from the mail, activated, and used to make $6,385.63 in unauthorized purchases between March 11, 2023, and April 10, 2023. A review of the security footage associated with purchases made using the card on April 10, 2023, identified VRANIC as the person making the purchase:




Emily Vranic using J.S.'s Card



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

20. J.S. also reported a second Lowes card was opened using her name and personal information and was used to make $8,836.71 in purchases.

21. On March 13, 2025, I interviewed J.S. She stated all purchases were made at Lowes. The items purchased were large household appliances, such as washing machines and refrigerators.

**c. Victim N.O.**

22. Victim N.O. was identified by KCSO as the victim of multiple burglaries in Port Orchard, WA. During those burglaries, one of N.O.'s vehicles was stolen. When it was recovered, VRANIC's identification was found inside.

23. N.O. is a vulnerable adult. A Guardian Ad Litem ("GAL"), J.T., has power of attorney over her assets. On September 4, 2024, J.T. reported fraudulent transactions from N.O.'s account with Chase Bank:

- A $25,000 attempted Zelle transfer;
- A $50 successful Zelle transfer; and
- A $193.56 fraudulent check from N.O., who denied making the check

24. On September 13, 2024, J.T. reported fraudulent transactions from N.O.'s account with Kitsap Credit Union that occurred in August 2023:

- A $4,888 online transfer to "Vranic, Emily E.";
- A $32,976 online transfer to "Vranic, Emily E.";
- A $1,756 fraudulent check; and
- A $956 fraudulent check.

25. On December 26, 2024, I obtained information from Kitsap Credit Union for N.O.'s account. In addition to confirming information received from N.O.'s GAL, my investigation revealed the following:

26. On August 8, 2023, VRANIC initiated a $35,000 wire transfer via web chat. During the chat, the customer identified herself as "Emily" and provided an address of 1113 Dill Way W, Bremerton, WA (the Residence). The phone number linked to the



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

chat was 360-362-3171. This is the same phone number linked to the fraudulent issuances of Washington State identification cards issued to VRANIC and MARQUIS' Residence.

27. To initiate the $35,000 transfer, the bank required a Wire Transfer Authorization be completed and signed. The submitted document listed the receiving account as a Navy Federal Credit Union (NFCU) account ending in *0984, an account that I am aware through my investigation belongs to VRANIC. The Wire Transfer Authorization was signed by VRANIC on August 8, 2023. Ultimately, Kitsap Credit Union recalled the transfer on September 19, 2023, after determining the activity was fraudulent.

28. On August 9, 2023, a $2,000 loan payment was made via N.O.'s Kitsap Credit Union account to "sfx 0050." Kitsap Credit Union investigated the transaction and determined "sfx 0050" was as an automobile loan linked to VRANIC. The contact information for the loan was emilyvranic@gmail.com, phone number 360-362-3171.

29. Transaction records from N.O.'s Kitsap Credit Union account also showed $839 unauthorized point-of-sale transactions in Bremerton, Port Orchard, Little Rock, and Silverdale—all cities in Kitsap County near VRANIC and MARQUIS' address. There were also transactions in Puyallup, WA. The transactions occurred between August 9 and August 15, 2023.

30. On September 27 and 29, 2023, after the $35,000 wire transfer was recalled, someone impersonating N.O. contacted Kitsap Credit Union multiple times attempting to have the fraud alert removed. The calls were made from VRANIC's phone number, 360-362-3171. Kitsap Credit Union contacted N.O. using a number from their account records and N.O. confirmed the activity was fraudulent. Call recordings were provided. A comparison between VRANIC and MARQUIS' jail calls positively identified the voice on Kitsap Credit Union's recordings as MARQUIS.

31. During the execution of BPD's search warrant of the Residence on November 13, 2024, items and information belonging to N.O. and her mother, V.O. (who



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

is deceased) were recovered. Those items included bank account information, investment documents, and a CashApp bank card with N.O.'s name on it.

**C. Fraudulent Mortgage Payments.**

32. On December 26, 2024, I received records from PennyMac Loan Services ("PennyMac") showing VRANIC obtained a $228,000 loan from Evergreen Home Loans in February 2019 for the purchase of the Residence at 1113 Dill Way, Bremerton, WA.

33. In September 2024, PennyMac received a complaint from Victim H.W. about unauthorized payments made from H.W.'s Wells Fargo accounts, which PennyMac confirmed had been credited to VRANIC's mortgage account. H.W. was also listed on the WA DOL report as having had his Washington State ID fraudulently issued and sent to Victim R.J.'s address.

34. PennyMac conducted an investigation and found payments from H.W's account were initiated online after a login via VRANIC's online account, suggesting that VRANIC had successfully taken over H.W.'s Wells Fargo account.

35. PennyMac's investigation also showed payments on the mortgage were issued from accounts owned by people other than VRANIC and/or MARQUIS:

- Between April 27, 2019, and July 1, 2019, payments totaling $4,388 were made from Navy Federal Credit Union account *3588, an account belonging to Victim K.D.;
- On September 28, 2023, a payment of $1,606.48 was made from Kitsap Bank Account *1011, an account belonging to Victim N.O. described elsewhere in this Affidavit;
- From October 7, 2023, to April 3, 2024, payments totaling $11,682 were made from Wells Fargo account *8649, a checking account owned by Victim H.W.;



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

- From May 25, 2024, to July 17, 2024, payments totaling $5,489 were ade from Wells Fargo account *2572, a savings account belonging to Victim H.W.

36. Based on the above facts, I respectfully submit that there is probable cause to believe that EMILY VRANIC and HEATHER MARQUIS, together with others known and unknown, did conspire, confederate, and agree, together and with each other, to commit the offense of bank fraud in violation of Title 18, United States Code, Sections 1344 and 1349.

Eric Huynh, Complainant
Postal Inspector
United States Postal Inspection Service

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit on the 17th day of March, 2025. The Court hereby finds that there is probable cause to believe the defendants committed the offenses set forth in the Complaint.

The Honorable Grady J. Leupold
United States Magistrate Judge



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800